1   THOMAS A. WOODS (SB #210050)
    thomas.woods@stoel.com
2   MATTHEW T. STRUHAR (SB #293973)
    matt.struhar@stoel.com
3   STOEL RIVES LLP
    500 Capitol Mall, Suite 1600
4   Sacramento, CA 95814
    Telephone: 916.447.0700
5   Facsimile: 916.447.4781

6   Attorneys for Defendant
    Select Portfolio Servicing, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
    DEAN REWERTS and ELEANORE            Case No. 2:18-cv-02509-KJM-CKD
11  REWERTS,
                                         STIPULATION TO EXTEND TIME TO
12              Plaintiffs,              RESPOND TO COMPLAINT; ORDER

13         v.

14  SELECT PORTFOLIO SERVICING, INC.,
    EXPERIAN INFORMATION SOLUTIONS,
15  INC., and EQUIFAX INFORMATION
    SERVICES LLC,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT; ORDER              -1-              2:18-CV-02509-KJM-CKD

99265757.1 0052161-06325

1    <u>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT</u>

2          Plaintiffs Dean Rewerts and Eleanore Rewerts ("Plaintiffs") and Defendant Select

3    Portfolio Servicing, Inc. ("SPS"), by and through their counsel of record, hereby stipulate to this

4    second extension of time for SPS to respond to Plaintiffs' Complaint.

5          A stipulation was previously entered into on October 19, 2018, extending SPS's deadline

6    to respond to the Complaint from October 25, 2018, to and through November 21, 2018.

7          Pursuant to this stipulation, SPS's current deadline to respond to the Complaint

8    (ECF No. 1) is extended from November 21, 2018, to and through December 5, 2018.

9          Plaintiff and SPS so stipulate.

10

11   Dated:  November 19, 2018          STOEL RIVES LLP

12                                     By:/s/ Matthew T. Struhar
                                           THOMAS A. WOODS
13                                         MATTHEW T. STRUHAR
                                           Attorneys for Defendant
14                                         Select Portfolio Servicing, Inc.

15   Dated:  November 19, 2018          CO. LAW, APC

16

17                                     By:/s/ Clark Ovruchesky (as authorized on 11/19/2018)
                                           CLARK OVRUCHESKY
18                                         Attorneys for Plaintiffs
                                           Dean Rewerts and Eleanore Rewerts

19

20   IT IS SO ORDERED.

21

22   Dated:  November 21, 2018

23                                     _____

24                                     UNITED STATES DISTRICT JUDGE

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO          -2-          2:18-CV-02509-KJM-CKD
RESPOND TO COMPLAINT; ORDER

99265757.1 0052161-06325