THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
MATTHEW T. STRUHAR (SB #293973)
matt.struhar@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN REWERTS and ELEANORE REWERTS,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:18-cv-02509-KJM-CKD<br><br>THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER |

1. Plaintiffs Dean Rewerts and Eleanore Rewerts ("Plaintiffs") and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their counsel of record, hereby stipulate to this second extension of time for SPS to respond to Plaintiffs' Complaint.

A stipulation was previously entered into on October 19, 2018, extending SPS's deadline to respond to the Complaint from October 25, 2018, to and through November 21, 2018.

A second stipulation was entered into on November 19, 2018, extending SPS's deadline to respond to the Complaint from November 21, 2018, to and through December 5, 2018.

Since the Court entered the second stipulation, counsel for Plaintiffs and counsel for SPS have discussed a potential resolution to their dispute that would lead to Plaintiffs dismissing SPS as a defendant in this action. The parties believe a third stipulation is warranted as they continue to negotiate the details of their potential resolution.

Pursuant to this third stipulation, SPS's current deadline to respond to the Complaint (ECF No. 1) is extended from December 5, 2018, to and through January 3, 2019.

Plaintiff and SPS so stipulate.

Dated: December 4, 2018     STOEL RIVES LLP

By: /s/ Matthew T. Struhar
    THOMAS A. WOODS
    MATTHEW T. STRUHAR
    Attorneys for Defendant
    Select Portfolio Servicing, Inc.

Dated: December 3, 2018     C.O. LAW, APC

By: /s/ Clark Ovruchesky (as authorized on 12/3/2018)
    CLARK OVRUCHESKY
    Attorneys for Plaintiffs
    Dean Rewerts and Eleanore Rewerts

IT IS SO ORDERED.

Dated: December 5, 2018.

_____
UNITED STATES DISTRICT JUDGE